IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN ANTHONY MOORE,

        Appellant,

v.

Case No. 5D22-1263
LT Case No. 2016-CF-002869-AX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 9, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

John A. Moore, Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.